UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2405

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Gustavo ROSAS-Santillan,
AKA: Juan Noel FONSECA-Panduro

        Defendant

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **October 8, 2007** within the Southern District of California, defendant, **Gustavo ROSAS-Santillan, AKA Juan Noel FONSECA-Panduro** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **OCTOBER, 2007.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Gustavo ROSAS-Santillan
AKA: Juan Noel FONSECA-Panduro

## PROBABLE CAUSE STATEMENT

On October 8, 2007, Border Patrol Agent M. Leal was performing Smuggler Interdiction Group (SIG) operations in an area known as the "Swift Lot". This area is approximately two and a half miles east of the San Ysidro, California Port of Entry and approximately 200 yards north of the United States/Mexico International Boundary Fence. "Swift Lot" is commonly used by undocumented aliens to further their illegal entry into the United States due to its close proximity to the border. This area is also very dangerous due to the frequent acts of violence against Border Patrol Agents occurring in this area on a daily basis. Border Patrol Agents are assaulted with rocks several times during the day while attempting to perform their assigned duties. Unscrupulous smugglers that operate in this area resort to these violent tactics in order to successfully smuggle several groups of undocumented aliens for financial gain.

At approximately 2:20 p.m., the Remote Video Surveillance System (RVSS) operator observed a group of six individuals illegally enter the United States by jumping the International Boundary Fence. The RVSS operator broadcasted via agency radio that the individuals who had illegally entered the United States were jumping the secondary fence located approximately 30 yards to the north of the International Boundary Fence. Agent Leal observed six individuals run out of the "Swift Lot" and attempt to enter into his unmarked Border Patrol vehicle. Agent Leal waited for the individuals to enter his vehicle and then he dismounted his vehicle, identified himself as a United States Border Patrol Agent and conducted an immigration inspection of the individuals. All individuals, including one later identified as the defendant **Gustavo ROSAS-Santillan, AKA Juan Noel FONSECA-Panduro,** admitted to being citizens and nationals of Mexico illegally present in the United States without any immigration documents that would allow them to enter or remain legally.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 20, 1997** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without a lawyer present. The defendant freely admitted to being a citizen and national of Mexico illegally present in the United States without any valid immigration documents. The defendant also admitted to being the foot-guide of the group.