1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Gustavo Rosas-Santillan

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                         **(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2405 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| GUSTAVO ROSAS-SANTILLAN, ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    October 12, 2007          /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Gustavo Rosas-Santillan