FILED

NOV 13 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Criminal Case No. 07cr3059-H
                                )
            Plaintiff,          )   I N F O R M A T I O N
                                )
      v.                        )   Title 8, U.S.C., Sec. 1326(a)
                                )   - Deported Alien Found
GUSTAVO ROSAS-SANTILLAN,        )   in the United States
AKA: Juan Noel Fonseca-Panduro, )   (Felony)
                                )
            Defendant.          )

The United States Attorney charges:

On or about October 8, 2007, within the Southern District of California, defendant GUSTAVO ROSAS-SANTILLAN, AKA: Juan Noel Fonseca-Panduro, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 11/13/07

KAREN P. HEWITT
United States Attorney

J. Moore for

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
11/01/2007