AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GUSTAVO ROSAS-SANTILLAN, AKA: Juan Noel Fonseca-Panduro | CASE NUMBER: 07CR 3059-H |

I, GUSTAVO ROSAS-SANTILLAN, AKA: Juan Noel Fonseca-Panduro, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Juan Noel Fonseca Panduro*
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER